# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Joseph C. Monahan<br><br>xxx–xx–3110<br>1115 North James Street<br>Rome, NY 13440<br><br>Lori L. Monahan<br><br>xxx–xx–9249<br>1115 North James Street<br>Rome, NY 13440 | )<br>)<br>)<br>)Case Number: 12–62047–6–dd<br>)<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>) |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Thomas Paul Hughes–Trustee is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Utica, NY
DATED: 2/14/13

*BY THE COURT*

Diane Davis
U.S. Bankruptcy Judge